**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TONY C. TAMBRELLO,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-07-3898 |
| DAVOL, INC., *et al.*,<br>Defendants. | §<br>§<br>§ | |

**ORDER**

It is hereby **ORDERED** that Defendants' Unopposed Motion for Stay [Doc. # 6] is **GRANTED** and this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending transfer to MDL-1842, *In re Kugel Mesh Hernia Patch Products Liability Litigation*.

SIGNED at Houston, Texas, this **21st** day of **December, 2007**.

Nancy F. Atlas
United States District Judge